UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARC DAVID WORDEN | Case No. 24-11191 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| GLENN GEARLAND, | David R. Grand |
| | United States Magistrate Judge |
| Defendant. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S JULY 21, 2025
REPORT AND RECOMMENDATION (ECF No. 25)**

Currently before the court is Magistrate Judge David R. Grand's July 21, 2025 Report and Recommendation. (ECF No. 25). Magistrate Judge Grand recommends granting Defendant Gearland's motion for partial summary judgment. (ECF No. 20). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and

Recommendation (ECF No. 25) and **GRANTS** the motion for partial summary judgment (ECF No. 20).  This is not a final order and does not close the case.

    **SO ORDERED**.

Date: August 22, 2025              s/F. Kay Behm
                                           F. Kay Behm
                                           United States District Judge