UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARC DAVID WORDEN | Case No. 24-11191 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| GLENN GEARLAND, | David R. Grand |
| Defendant. | United States Magistrate Judge |
| _____/ | |

**ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL (ECF No. 32)**

Currently before the court is a letter from Plaintiff Marc Worden seeking to withdraw his complaint in this matter. (ECF No. 32). The court will treat Plaintiff's letter as a notice of voluntary dismissal. Plaintiff also seeks to have the remaining of his financial obligation regarding his filing fee waived. *Id*. A court order is required for Plaintiff to voluntarily dismiss his case because a motion for summary judgment was filed in this case and the parties have not filed a stipulation to this effect. Fed. R. Civ. P. 41(a)(1)(A)(i) and (ii). Instead, the action may be dismissed by court order at Plaintiff's request on terms the court considers proper. Fed. R. Civ. P. 41(a)(2).

Certain of Plaintiff's claims were resolved by the Opinion and Order of Partial Summary Dismissal (ECF No. 7) and the Opinion and Order Accepting and

Adopting the Magistrate Judge's July 21, 2025 Report and Recommendation (ECF No. 26).  Only a claim for First Amendment retaliation remains.  Accordingly, the court **DISMISSES** the action without prejudice as to Plaintiff's remaining First Amendment retaliation claim.  Further, the court **ORDERS** the remainder of Plaintiff's financial obligation regarding his filing fee **WAIVED**.

    This is a final order and closes the case.

    **SO ORDERED**.

Date: January 21, 2026                        s/F. Kay Behm
                                                 F. Kay Behm
                                                 United States District Judge