UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC DAVID WORDEN

       Plaintiff,

v.

GLENN GEARLAND,

       Defendant.

_____/

Case No. 24-11191

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

**ORDER ON PLAINTIFF'S REQUEST TO
<u>SERVE ORDER ON MDOC (ECF No. 35)</u>**

Currently before the court is a letter from Plaintiff Marc Worden asking the court to serve a prior order issued by the court on the Michigan Department of Corrections (MDOC).  (ECF No. 35).  Previously, the court entered an order on Plaintiff's notice of voluntary dismissal on January 21, 2026.  (ECF No. 33).  In that order, the court dismissed Plaintiff's remaining claim without prejudice and ordered the remainder of Plaintiff's financial obligation regarding his filing fee waived.  *Id*.  According to the clerk's office financial records, the last filing fee payment was received by the court in 2025, before the January 21, 2026 Order entered.  However, Plaintiff's letter claims that the MDOC continued to collect fees after the court's January 21,

1

2026 Order.  Thus, Plaintiff asks the court to send the January 21, 2026 Order

to the MDOC at the following address: Michigan Department of Corrections,

Court Order Unit, 206 E. Michigan Ave, Lansing, MI 48909.  (ECF No. 35).

Plaintiff also provides a fax number for the MDOC's Court Order Unit.  *Id*.

Plaintiff's request is **GRANTED** and the court **ORDERS** that a copy of this

Order as well as the January 21, 2026 Order be served on the MDOC at the

address above and the fax number of (517) 241-5092.

      **SO ORDERED**.

Date: July 13, 2026             s/F. Kay Behm
                                      F. Kay Behm
                                      United States District Judge